UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JAMES WILBUR, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|       v. | )    18-CV-255 |
| | ) |
| JOSEPH FITZPATRICK, et als., | ) |
| | ) |
|     Defendants | ) |

**ANSWER OF DEFENDANTS HAROLD ABBOTT, JOSEPH THERIAULT, ERIC BUENO, SHANE BLAKELY, TROY ROSS, CHARLES HORTON**

Pursuant to the court's order of December 27, 2018, defendants Harold Abbott, Joseph Theriault, Eric Bueno, Shane Blakely, Troy Ross and Charles Horton submit their Answer to the remaining claims in the Complaint.

1. Paragraph 1 states a legal conclusion, and no response is required.

2. Defendants admit the allegations in Paragraph 2.

3-4, 6-7, 12-21.  These paragraphs refer to parties who have been dismissed from the case, and no response is required.

21 – 35.  The claims asserted in these paragraphs have been dismissed.

36.  Defendants admit the allegations in Paragraph 36.

37 – 57.  The claims asserted in these paragraphs have been dismissed.

58 – 62.  Defendants deny the allegations in Paragraphs 58 – 62 insofar as they relate to the disciplinary charge described in Paragraph 36.

62 – 71.  The claims asserted in Paragraphs 62 – 71 have been dismissed.

72. Defendants deny the allegation in Paragraph 72 insofar as it relates to the disciplinary charge described in Paragraph 36.

73 – 74. The claims asserted in these paragraphs have been dismissed.

75 – 76. Defendants deny the allegations in Paragraphs 75 – 76.

77. The claim asserted in this paragraph has been dismissed.

## ANSWER TO AMENDED COMPLAINT

Defendants answer the allegation in the Amended Complaint[1] relating to defendant Horton's use of force as follows:

D (2). Defendants deny the allegations in Paragraph D(2).

WEHEREFORE, defendants request that judgment be entered in their favor and that they be awarded costs and attorney fees.

AND FURTHER ANSWERING, defendants state:

### Affirmative Defenses

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claim for emotional or mental distress damages is barred by the absence of a physical injury.

3. Plaintiff failed to exhaust available administrative remedies, and his claims must be dismissed.

4. Plaintiff's claims for injunctive relief are barred by the prospective relief provisions of the Prison Litigation Reform Act.

5. Defendants are entitled to qualified immunity for their actions.

---

[1] The allegations are contained in plaintiff's motion to amend the complaint, ECF 12.

| | |
|---|---|
| January 28, 2019 | ___/s/ James E. Fortin_____<br>James E. Fortin<br>Assistant Attorney General<br>Attorney for Defendants |

Office of the Attorney General
Six State House Station
Augusta, ME 04333
626-8800

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he electronically filed an Acceptance of Service with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record, and that he mailed a copy, postage paid, to the following:

James Wilbur
Maine State Prison
807 Cushing Road
Warren, ME 04864

| | |
|---|---|
| January 28, 2019 | /s/ James E. Fortin<br>James E. Fortin<br>Assistant Attorney General |

3