# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMES SCOTT WILBUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:18-cv-255-NT |
| JOSEPH FITZPATRICK, et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 12, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 49). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Defendant Horton's motion for summary judgment is **GRANTED.** The Clerk of Court shall enter judgment in favor of Defendant Horton on the Plaintiff's excessive force claim.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 5th day of December, 2019.